■ In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK as Trustee under the Will of CHARLES C. MARSHALL, Deceased, Appellant. CHARLES R. MARSHALL et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 762.]

■ NORA KRAMER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and JEWISH NATIONAL FUND, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court entered March 25, 1957 properly made? Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See *ante*, p. 766.]

■ SAGOLD CORPORATION, Respondent, v. BELDEN MANOR HOMES, INC., et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 760.]